

September 30, 2021

United States District Court
for the Northern District of Texas
Fort Worth Division

**Via ECF**

*Case No. 4:21-cv-01052, Leia Montgomery et al, v. Delta Air Lines, Inc.*

To the Clerk of the Court:

This letter is filed with the necessary fee for issuance of a summons to appear in the above matter for Defendant Delta Air Lines, Inc.

Thank you for your assistance, and please do not hesitate to contact me if you have questions.

Warm regards,

/s/Marie Anderson

Marie Anderson
marie@norredlaw.com
Legal Assistant
NORRED LAW, PLLC